1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  REGGIE ALIGADA
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 372-0306

   Attorneys for Defendant
   JOSEPH TOSKA

**FILED**

JUL 3 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>JOSEPH TOSKA,<br><br>        *Defendant.* | Case No. 10-mj-00014<br><br>STIPULATION TO EXTEND PROBATION TO PERMIT FINE PAYMENT AND [PROPOSED] ORDER |

    The following stipulation is entered into by the Defendant, Joseph Toska, and his attorney of record, Reggie Aligada and Susan St. Vincent, the acting legal officer for the National Park Service. The defendant was sentenced on March 3, 2010 after entering a guilty plea to DUI > .08. The sentence included a requirement that the defendant attend and complete first offender program.

    The defendant has determined that completing a first offender program could jeopardize his current employment due to its scheduling and location. The defendant has determined that he could attend a wet/reckless educational program and still be able to maintain his employment. Thus, the parties hereby stipulate that:

1.    The terms of the defendant's unsupervised probation may be amended to permit the attendance and completion of a wet/reckless program in lieu of a first-time offender program.

Dated: July 30, 2010

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Defender

                    /s/ Reggie Aligada
                    REGGIE ALIGADA
                    Assistant Federal Defender
                    Attorney for Defendant
                    Joseph Toska

Dated: July 30, 2010

                    /s/ Susan St. Vincent
                    Susan St. Vincent
                    Acting Legal Officer for
                    National Park Service

\*\*\* ORDER \*\*\*

The Court, having reviewed the above stipulation hereby orders:

1. The terms of the defendant's unsupervised probation shall be amended to permit the attendance and completion of a wet/reckless program in lieu of a first-time offender program.

IT IS SO ORDERED:

Dated: 7-29, 2010.

Edmund F. Brennan
United States Magistrate Judge
Eastern District of California